ESTHER CADOUS, as Administratrix, etc., of PROSPER CADOUS, Deceased, Respondent, v. SAMUEL WEINSTEIN, Appellant.— In view of the decision of the appeal herein (*post*, p. 768), decided herewith, the motion for a stay pending the determination of said appeal is dismissed as unnecessary. Present — Young, Hagarty, Carswell, Davis and Johnston, JJ.

FRED ANTUSCH and Another, Respondents, v. ANNA PRENSKY, Also Known as ANN PRENSKY, Appellant.— Order denying motion of defendant Anna Prensky to vacate the judgment of foreclosure and sale dated July 23, 1935, and to strike out all proceedings affecting said defendant since the filing of the third supplemental summons and the third amended complaint, affirmed, with fifty dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ., concur.

ARCEY HOLDING CORPORATION, Plaintiff, v. REUBEN COHEN and SIDNEY COHEN, Appellants, and Others, Defendants; LOUIS COHEN, Respondent.— Order granting respondent's motion to dismiss counterclaims pleaded against respondent as an added defendant, pursuant to section 271 of the Civil Practice Act, and judgment dismissing the counterclaims, unanimously affirmed, with costs. No opinion. Present — Young, Hagarty, Davis and Johnston, JJ.; Lazansky, P. J., not voting.